IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-3142-JLK**

**VAN'S INTERNATIONAL FOODS,**

        Plaintiff,

v.

**U.S. SPECIALTY INSURANCE CO.,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss (doc. #32), filed August 1, 2011, due to their settlement. The motion is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, each side to bear its own fees and costs. The Unopposed Motion to Extend Time to File Dismissal Papers (doc. #30), filed July 29, 2011 is likewise **GRANTED**. The Motion to Dismiss is considered timely.

Dated:  August 2, 2011

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court